# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-10443
Summary Calendar

_____

United States of America,

United States Court of Appeals
Fifth Circuit

**FILED**

March 4, 2024

Lyle W. Cayce
Clerk

*Plaintiff—Appellee*,

*versus*

Amera Khalid Salam,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-30-2

_____

Before Jolly, Engelhardt, and Douglas, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Amera Khalid Salam has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Salam has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

During the pendency of this appeal, the district court lacked jurisdiction to enter the amended judgment correcting a clerical error. *See United States v. Willis*, 76 F.4th 467, 471-73 (5th Cir. 2023). We therefore REMAND the case so that the district court, no longer divested of its jurisdiction by virtue of this appeal, may correct the clerical error. *See United States v. Fults*, 71 F.4th 328, 329 (5th Cir. 2023); FED. R. CRIM. P. 36.